UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE/ROLAND CAMPBELL,

                Plaintiff,

-against-

FEDERAL BUREAU OF PRISONS; UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK; THE UNITED STATES ATTORNEY GENERAL; JANE OR JOHN DOE, ET AL.,

                Defendants.

23-CV-6723 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is currently incarcerated at F.C.I. Schuylkill, brings this *pro se* action under 42 U.S.C. § 1983, alleging that he has been wrongly denied good conduct time credits. For the following reasons, the complaint is dismissed.

Plaintiff has previously submitted to this court a substantially similar complaint against the same Defendants alleging the same claim. That case is pending in this court under docket number 23-CV-6526 (UA). Because this complaint raises the same claims, no useful purpose would be served by the filing and litigation of this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 23-CV-6526 (UA).

In light of the Court's belief that Plaintiff may have submitted this duplicate complaint in error, the Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action, and the Warden or Superintendent having custody of Plaintiff shall not deduct or encumber funds from Plaintiff's prison trust account for this lawsuit.

## CONCLUSION

The Court dismisses Plaintiff's complaint as duplicative of 23-CV-6526 (UA).

The Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   August 2, 2023
         New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge