UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE/ROLAND CAMPBELL,<br><br>                              Plaintiff,<br><br>-against-<br><br>FEDERAL BUREAU OF PRISONS;<br>UNITED STATES DISTRICT COURT FOR<br>THE EASTERN DISTRICT OF NEW YORK;<br>THE UNITED STATES ATTORNEY<br>GENERAL; JANE OR JOHN DOE, ET AL.,<br><br>                              Defendants. | 23-CV-6723 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 2, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 2, 2023
         New York, New York

                                               /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge